IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY LEWIS, et al.<br><br>    Defendants. | Civil Action No: 1:16-cv-01372 |

**CONSENT MOTION TO SUBSTITUTE PARTY**

COMES NOW Defendant, Independent Settlement Services, LLC ("Independent"), by and through counsel and, with the consent of Plaintiff Stewart Title Guaranty Company ("Stewart Title") and pursuant to Fed. R. Civ. P. 25 and other applicable authorities, moves this Court for entry of a Consent Order substituting Independent in the place and stead of Stewart Title, and in support thereof states as follows:

1. On October 4, 2016, Stewart Title filed their Amended Complaint in this matter against Independent and Jimmy Lewis.

2. In its Amended Complaint, Stewart Title sued Jimmy Lewis for breach of a promissory note ("Note").

3. Independent had issued a title insurance commitment which committed Stewart Title to insure the lien of a Deed of Trust that secured the payment of that Note.

4. Independent and Stewart Title have settled all claims between them.

5. Independent is now the holder of the Note and is entitled to enforce same.

6. Accordingly, Independent is now the proper plaintiff in this litigation for the only remaining claim: the breach of the Note by Jimmy Lewis.

7. Stewart Title consents to the relief requested by Independent.

3601443v.1

8. Therefore, Independent respectfully requests that Independent Settlement Services, LLC be substituted for Stewart Title Guaranty Company as plaintiff in the above-styled matter, that Independent be dismissed as a defendant from this action, and that all pleadings and dispositive motions filed by Stewart Title Guaranty Company be deemed adopted by Independent Settlement Services, LLC.

WHEREFORE, Defendant Independent Settlement Services, LLC respectfully requests that this Court grant its motion, substitute Independent Settlement Services, LLC for Stewart Title Guaranty Company as plaintiff in this litigation, dismiss Independent Settlement Services, LLC as a defendant from this action, deem all pleadings and dispositive motions filed by Stewart Title Guaranty Company be adopted by Independent Settlement Services, LLC, and all award all other relief that this Court finds just and meet.

Respectfully submitted,

Jackson & Campbell, P.C.

  /s/  Christopher A. Glaser
Christopher A. Glaser – Bar No. 463583
1120 20th Street, N.W.
South Tower
Washington, DC 20036
Tel.    202-457-1612
Fax    202-457-1678
cglaser@jackscamp.com

Attorneys for Independent
Settlement Services, LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 28th day of August, 2017, a true copy of the foregoing was filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all registered counsel listed below:

Mark W. Schweitzer
Aaron D. Neal
McNamee, Hosea, Jernigan, Kim, Greenan & Lynch, P.A.
6411 Ivy Lane Suite 200
Greenbelt, MD 20770

And first class mail to:

Jimmy Lewis
2160 Magnolia Street
Bartow, Florida, 33830

               /s/ Christopher A. Glaser
               Christopher A. Glaser (DC Bar # 463583)