IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEWART TITLE GUARANTY COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>JIMMY LEWIS, et al.<br><br>    Defendants. | Civil Action No:  1:16-cv-01372 |

## ORDER

This matter came before the Court on Defendant Independent Settlement Services, LLC's Consent Motion to Substitute Party. Upon consideration of the Consent Motion and the consent of Plaintiff Stewart Title Guaranty Company to the relief requested, it is hereby **ORDERED**:

    1.    The Consent Motion to Substitute Party is **GRANTED**;

    2.    Independent Settlement Services, LLC is substituted for Stewart Title Guaranty Company as plaintiff in this action.

    3.    Independent Settlement Services, LLC is dismissed as a defendant from this action.

    4.    All pleadings and dispositive motions filed by Stewart Title Guaranty Company are deemed adopted by Independent Settlement Services, LLC.

Entered this \_\_\_ day of _____, 2017.

 

_____
Judge John D. Bates
United States District Court